**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| JEFFREY BRADBY, *et al.*, *on behalf of themselves and all individuals similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>VIVUS SERVICING, *et al.*,<br><br>Defendants. | ) | Civil Action No. 3:26-cv-00633-RCY-MRC |

## MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, *on behalf of themselves and all individuals similarly situated*, by counsel, hereby submit this Motion for Preliminary Approval of Class Settlement. For the reasons explained in the Memorandum in Support filed contemporaneously herewith, Plaintiffs respectfully request that the Court issue an Order that: (1) grants preliminary approval to the proposed settlement; (2) approves of the Proposed Notice filed concurrently with the Motion for Preliminary Approval; (3) orders that the Proposed Notice be immediately mailed to Settlement Class Members; (4) approves the appointment of American Legal Claims Services as the Settlement Administrator; and (5) sets the date of the Final Fairness Hearing.[1]

Respectfully submitted,
**PLAINTIFFS,** *individually and on behalf of all others similarly situated*

By: */s/ Kristi C. Kelly*
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170

[1] The parties agreed to the form and substance of the proposed Preliminary Approval Order and Proposed Notice. Those documents are attachments to the Settlement Agreement, which is attached as Exhibit A to the Memorandum in Support of this Motion. *See* Exhibit A, Exs. 1 & 2.

Matthew G. Rosendahl, VSB #93738
**KELLY GUZZO PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: matt@kellyguzzo.com
*Counsel for Plaintiffs*