IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEFFREY BRADBY, *et al.*,
Plaintiffs,

v. Civil Action No. 3:26CV633 (RCY)

VIVUS SERVICING, LTD., *et al.*,
Defendants.

**ORDER**
**(Granting Preliminary Approval of Class Action Settlement)**

This matter is before the Court on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval," ECF No. 3). For the reasons stated from the bench on October 15, 2026, the Court GRANTS Plaintiffs' Motion for Preliminary Approval (ECF No. 3) and ORDERS as follows:

- The Court APPOINTS Kelly Guzzo PLC as class counsel;
- The Court APPOINTS American Legal Claims Services as the Settlement Administrator;
- The Court APPROVES the proposed Notice attached as Exhibit 1 to the Settlement Agreement and the proposed Notice Plan, and so ORDERS that the proposed Notice be immediately issued to the Settlement Class in accordance with the Notice Plan;
- The Final Approval hearing is SET for **February 18, 2027, at 11:00 A.M.**, and
- The Court ADOPTS and INCORPORATES into this Order the provisions set forth in the parties' proposed order, attached hereto as **Attachment A**.

Let the Clerk file this Order electronically, notifying counsel of record accordingly.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: October 16, 2026
Richmond, Virginia